|                                      |                  |                              |
|--------------------------------------|------------------|------------------------------|
| UNITED STATES DISTRICT COURT         |                  | EASTERN DISTRICT OF TEXAS    |

REGINALD LOFTIN, §
　§
　　　　Plaintiff, §
　§
*versus* §　　CIVIL ACTION NO. 1:09-CV-462
　§
DR. VICTORIA BUZZANGA, *et al.*, §
　§
　　　　Defendants. §

# MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Reginald Loftin, a prisoner confined at the federal prison camp in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against Dr. Victoria Buzzanga, Dr. Lee Hoover, Les Phillips, John B. Fox, Gerardo Maldonado, Jr., Harrell Watts, Sonya Freeney, and C. Luce.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the action because plaintiff lacks standing to prosecute the claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

## **ORDER**

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Sherman, Texas, this 16th day of March, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE